KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and
Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually, | Case No. 3:21-cv-06516-CRB |
| | **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING DISCOVERY DEADLINES** |
| Plaintiffs, | |
| v. | Date Filed:  March 14, 2022 |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical | Trial Date:  N/A |

Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

## JOINT STIPULATION TO AMEND DISCOVERY DEADLINES

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on January 6, 2025, the Court entered a Case Schedule (ECF No. 74);

WHEREAS, on November 7, 2025, pursuant to stipulation between the parties, the Court entered an Order Amending Case Schedule (ECF No. 95);

WHEREAS, the parties agree that a modest modification of this schedule's discovery deadlines is warranted to allow the parties to complete the taking of depositions, and to allow for coordination with discovery occurring in *In re CIM-SQ Transfer Cases*, No. 5:20-cv-06326-EJD;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs has filed a declaration in compliance with Civil Local Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that the schedule be amended as set forth in the table below, with no other changes to the ordered schedule entered on November 7, 2025 (ECF No. 95):

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Close of fact discovery | February 6, 2026 | February 27, 2026 |
| Deadline for filing non-dispositive motions re: fact discovery | February 18, 2026 | March 6, 2026 |
| Expert disclosures | February 27, 2026 | March 20, 2026 |
| Rebuttal expert disclosures | April 10, 2026 | April 24, 2026 |
| Close of expert discovery | May 8, 2026 | May 15, 2026 |
| Deadline for discovery motions re: expert discovery | May 29, 2026 | May 29, 2026 (no change) |
| Motions for summary judgment | July 3, 2026 | July 3, 2026 (no change) |
| Opposition to motions for summary judgment | July 31, 2026 | July 31, 2026 (no change) |
| Replies in support of summary judgment | August 28, 2026 | August 28, 2026 (no change) |

| Hearing date on motion(s) for summary judgment | September 25, 2026 | September 25, 2026 (no change) |
|---|---|---|
| Daubert motions | November 13, 2026 | November 13, 2026 (no change) |
| Opposition to Daubert motions | December 4, 2026 | December 4, 2026 (no change) |
| Replies to Daubert motions | December 21, 2026 | December 21, 2026 (no change) |

IT IS SO STIPULATED.


Dated: January 30, 2026                              KEKER, VAN NEST & PETERS LLP


                                          By:     /s/ Sarah Salomon
                                                  KHARI J. TILLERY
                                                  SARAH SALOMON
                                                  KRISTIN HUCEK
                                                  TAYLOR REEVES
                                                  AMRUTHA DORAI

                                                  Attorneys for Plaintiffs Patricia Polanco,
                                                  Vincent Polanco, and Selena Polanco



Dated: January 30, 2026


                                          By:     /s/ Joshua Irwin
                                                  JOSHUA IRWIN
                                                  EDWARD GARCIA, JR.

                                                  Attorneys for Defendants

## CIVIL LOCAL RULE 5.1 ATTESTATION

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: January 30, 2026                    */s/ Sarah Salomon*
                                           SARAH SALOMON

**[PROPOSED] ORDER AMENDING SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  February 2, 2026

By:  _____
Hon. Charles R. Breyer

KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and
Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON | Case No. 3:21-cv-06516-CRB <br><br> **DECLARATION O   SARAH SALOMON IN SUPPORT O   STIPULATION AND [~~PROPOSED~~] ORDER AMENDING DISCOVERY DEADLINES** <br><br> Date Filed:  March 14, 2022 <br><br> Trial Date:  N/A |

DECLARATION OF SARAH SALOMON IN SUPPORT OF STIPULATION AND [~~PROPOSED~~] ORDER AMENDING DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

4015011

PACHYNSKI, M.D., Chief Medical Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

DECLARATION OF SARAH SALOMON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

4015011

I, Sarah Salomon, declare as follows:

1. I am an attorney and partner at the law firm of Keker, Van Nest and Peters and represent Plaintiffs in the above captioned action. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. The parties respectfully request that the existing case schedule (*see* ECF No. 95) be amended to allow for completion of depositions, and to allow for coordination with discovery occurring in *In re CIM-SQ Transfer Cases*, No. 5:20-cv-06326-EJD.

3. A three-week extension of the close of fact discovery (and a corresponding extension of the deadline for non-dispositive motions regarding fact discovery), is necessary to enable the parties to complete all depositions.

4. A three-week extension to the expert disclosure deadline, and corresponding extensions to the rebuttal expert disclosure and close of expert discovery deadlines, are similarly necessary to provide sufficient time for expert review and analysis of information surfaced in discovery.

5. The Court previously modified the time to respond to the Complaint in this action as set forth in ECF No. 15.

6. On November 7, 2025, the Court modified the case schedule entered on January 6, 2025 (*see* ECF No. 74) to allow for the completion of discovery and depositions as well as coordination with *In re CIM*. *See* ECF No. 95.

7. The parties' requested amendment will affect the dates set forth in the table below. All other schedule dates remain unchanged.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Close of fact discovery | February 6, 2026 | February 27, 2026 |
| Deadline for filing non-dispositive motions re: fact discovery | February 18, 2026 | March 6, 2026 |

DECLARATION OF SARAH SALOMON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER
AMENDING DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

4015011

| Expert disclosures | February 27, 2026 | March 20, 2026 |
|---|---|---|
| Rebuttal expert disclosures | April 10, 2026 | April 24, 2026 |
| Close of expert discovery | May 8, 2026 | May 15, 2026 |

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.  Executed on January 30, 2026, in Oakland, California.

By:    */s/ Sarah Salomon*
          SARAH SALOMON