KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually, | Case No. 3:21-cv-06516-CRB |
| | **STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCOVERY DEADLINES** |
| Plaintiffs, | |
| v. | Date Filed:  March 14, 2022 |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical | Trial Date:  N/A |

STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

6037141.v1

Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

**JOINT STIPULATION TO AMEND EXPERT DISCOVERY DEADLINES**

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on January 6, 2025, the Court entered a Case Schedule (ECF No. 74);

WHEREAS, on November 7, 2025, pursuant to stipulation between the parties, the Court entered an Order Amending Case Schedule (ECF No. 95);

WHEREAS, on February 2, 2026, pursuant to stipulation between the parties, the Court entered an Order Amending Schedule (ECF No. 98);

WHEREAS, the parties agree that a ten-day extension of the expert disclosure deadline in this action is warranted to allow for coordination with expert discovery occurring in *In re CIM-SQ Transfer Cases*, No. 5:20-cv-06326-EJD;

WHEREAS, the proposed amendment is limited to the expert disclosure deadline and will not affect any other deadlines set forth in the current schedule;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs has filed a declaration in compliance with Civil Local Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that the schedule be amended as set forth in the table below, with no other changes to the ordered schedule entered on February 2, 2026 (ECF No. 98):

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Expert disclosures | March 20, 2026 | March 30, 2026 |
| Rebuttal expert disclosures | April 24, 2026 | April 24, 2026 (no change) |
| Close of expert discovery | May 15, 2026 | May 15, 2026 (no change) |
| Deadline for discovery motions re: expert discovery | May 29, 2026 | May 29, 2026 (no change) |
| Motions for summary judgment | July 3, 2026 | July 3, 2026 (no change) |
| Opposition to motions for summary judgment | July 31, 2026 | July 31, 2026 (no change) |
| Replies in support of summary judgment | August 28, 2026 | August 28, 2026 (no change) |

1

STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

6037141.v1

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Hearing date on motion(s) for summary judgment | September 25, 2026 | September 25, 2026 (no change) |
| Daubert motions | November 13, 2026 | November 13, 2026 (no change) |
| Opposition to Daubert motions | December 4, 2026 | December 4, 2026 (no change) |
| Replies to Daubert motions | December 21, 2026 | December 21, 2026 (no change) |

IT IS SO STIPULATED.

Dated:  March, 12, 2026                                        KEKER, VAN NEST & PETERS LLP

By:    /s/ Amrutha Dorai
KHARI J. TILLERY
SARAH SALOMON
KRISTIN HUCEK
TAYLOR REEVES
AMRUTHA DORAI

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

Dated: March 12, 2026                                        By:    /s/ Joshua Irwin
JOSHUA IRWIN
EDWARD GARCIA, JR.

Attorneys for Defendants

2

STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

6037141.v1

## <u>CIVIL LOCAL RULE 5.1 ATTESTATION</u>

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.


Dated: March 12, 2026                                    */s/ Amrutha Dorai*
                                                          AMRUTHA DORAI

3

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING EXPERT DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

6037141.v1

**[PROPOSED] ORDER AMENDING SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2026                    By: _____
                                              Hon. Charles R. Breyer

4

STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCOVERY DEADLINES
Case No. 3:21-cv-06516-CRB

6037141.v1