ROB BONTA
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
EDWARD GARCIA, JR.,
Deputy Attorney General
State Bar No. 173487
JOSHUA C. IRWIN
Deputy Attorney General
State Bar No. 209437
 1515 Clay Street, 20th Floor, P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0278
 E-mail:  Joshua.Irwin@doj.ca.gov;
 Edward.Garcia@doj.ca.gov
*Attorneys for Defendants CDCR, Diaz, Tharratt,*
*Davis, Broomfield, Cryer, Pachynski & Garrigan*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GILBERT POLANCO, Deceased, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and Individually,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); et al.,**<br><br>Defendants. | 3:21-cv-06516<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING THE FILING OF AN AMENDED ANSWER BY DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, RALPH DIAZ, RONALD DAVIS, RONALD BROOMFIELD, CLARENCE CRYER, DR. ALISON PACHYNSKI, DR. SHANNON GARRIGAN AND TINA THARRATT TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:      The Honorable Charles R. Breyer<br>Trial Date:<br>Action Filed: August 24, 2021 |

1

TO THE COURT: The Plaintiffs and the answering Defendants in this action (the parties), by and through their respective counsel of record, hereby agree and request as follows, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that the answering Defendants (listed in the stipulation title) may file an amended answer to the operative Second Amended Complaint. Pursuant to N.D. Cal. Civ. Local Rule 10-1, the new proposed pleading that would become the operative answer in this case is attached to this Stipulation as Exhibit B, which adopts all the amendments and form that are shown in track-changes formatting in the Exhibit A attached hereto. This request for an order granting the filing of this answer is for the following reasons:

**STIPULATION**

1.  Whereas Defendants have agreed to Plaintiffs' request to withdraw and strike two paragraphs (paragraphs 7 and 8) stated in the Affirmative Defense sections of their current operative answers (Document 75 and Document 81, respectively).

2.  Whereas the current operative complaint is the Second Amended Complaint (Document 80).

3.  Therefore, the parties agree and stipulate that Defendants may file an amended answer to the Second Amended Complaint with the content shown in **Exhibit A** in track-changes formatting, for the sole purpose of filing a superseding answer on behalf of all Defendants to the Second Amended Complaint.

4.  This agreement was reached to resolve discovery disputes between the parties relating to the withdrawn and stricken two paragraphs.

5.  If the Court grants this stipulation, Defendants will accept all changes shown in Exhibit A and file and serve the resulting answer, as shown in Exhibit B.

///

///

///

///

///

2

It is so STIPULATED by the parties.

Dated:  March 20, 2026                          KEKER, VAN NEST & PETERS LLP


                                                By:    /s/ Amrutha D. Dorai


                                                KHARI J. TILLERY
                                                SARAH SALOMON
                                                KRISTIN HUCEK
                                                TAYLOR REEVES
                                                AMRUTHA DORAI

                                                Attorneys for Plaintiffs Patricia Polanco,
                                                Vincent Polanco, and Selena Polanco


Dated:  March 20, 2026                          Respectfully submitted,

                                                ROB BONTA
                                                Attorney General of California
                                                FIEL D. TIGNO
                                                Supervising Deputy Attorney General
                                                EDWARD GARCIA, JR.,
                                                Deputy Attorney General




                                                By:    /s/ Joshua C. Irwin
                                                       JOSHUA C. IRWIN

                                                Attorneys for Defendants CDCR, Diaz,
                                                Tharratt, Davis, Broomfield, Cryer,
                                                Pachynski, and Garrigan

3

**CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory(ies) to this stipulation.

Dated: March 20, 2026                                    /s/ Joshua C. Irwin

                                                         JOSHUA C. IRWIN

                                                         Counsel for Defendants

Stipulation and [Proposed] Order for Defendants to File Amended Answer to SAC  (3:21-cv-06516)

[~~Proposed~~]

ORDER GRANTING LEAVE TO FILE AMENDED ANSWER

Based on the filed Stipulation of the parties, and good cause appearing, the Court approves the Stipulation and hereby Grants leave for Defendants to file an amended answer to the Second Amended Complaint in the form set forth in the Stipulation at Exhibit B.
The Second Amended Complaint shall be filed as a separate brief.

DATED: March 26, 2026 _____

_____

The Hon. Charles R. Breyer

5

Stipulation and [~~Proposed~~] Order for Defendants to File Amended Answer to SAC  (3:21-cv-06516)