KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and
Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually, | Case No. 3:21-cv-06516-CRB |
| | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE** |
| Plaintiffs, | |
| v. | Date Filed:  March 14, 2022 |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical | Trial Date:  N/A |

Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

## JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on March 16, 2026, Defendant Tina Tharratt filed a Motion to Dismiss in this matter (*see* ECF No. 104);

WHEREAS, a petition for probate and seeking appointment of a general administrator is currently pending in *Estate of Robert Steven Tharratt*, Case No. PP20200225 (El Dorado Sup. Ct.) (hereinafter "the Probate Matter"), with a hearing set for May 11, 2026;

WHEREAS, the outcome of said petition and hearing may be relevant to Plaintiffs' opposition to Defendant's Motion, as well as the Court's ruling on said Motion;

WHEREAS, the parties agree that an extension of the briefing schedule on Defendant's Motion is warranted to allow for the filing of responsive briefs following the aforementioned hearing in the Probate Matter;

WHEREAS, the proposed extension will not affect any other deadlines set forth in the current case schedule (ECF No. 102);

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs has filed a declaration in compliance with Civil Local Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that the briefing schedule on Defendant's Motion be amended as set forth in the table below, with no other changes to the case schedule entered on March 12, 2026 (ECF No. 102):

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Opposition | March 30, 2026 | May 25, 2026 |
| Reply | April 6, 2026 | June 8, 2026 |
| Hearing | April 24, 2026, at 10am | June 26, 2026, at 10am (or based on Court's availability) |

///

///

1

6094191

IT IS SO STIPULATED.

Dated:  March 24, 2026                                  KEKER, VAN NEST & PETERS LLP

                                                        By:   */s/ Amrutha Dorai*
                                                              KHARI J. TILLERY
                                                              SARAH SALOMON
                                                              KRISTIN HUCEK
                                                              TAYLOR REEVES
                                                              AMRUTHA DORAI

                                                              Attorneys for Plaintiffs Patricia Polanco,
                                                              Vincent Polanco, and Selena Polanco


Dated: March 24, 2026                                   By:   */s/ Edward Garcia, Jr.*
                                                              JOSHUA IRWIN
                                                              EDWARD GARCIA, JR.

                                                              Attorneys for Defendants

2

**CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.


Dated: March 24, 2026                    */s/ Amrutha Dorai*
                                         AMRUTHA DORAI

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE
Case No. 3:21-cv-06516-CRB

6094191

**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  March 30, 2026                    By:  _____
                                              Hon. Charles R. Breyer

4

6094191