KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical | Case No. 3:21-cv-06516-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE**<br><br>Date Filed:  March 14, 2022<br><br>Trial Date:  N/A |

6239504.v8

Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

## JOINT STIPULATION AMENDING CASE SCHEDULE

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the Court entered an Order Amending Case Schedule (ECF No. 102);

WHEREAS, Plaintiffs intend to file a motion for leave to amend their complaint to add Vincent Cullen, former Director of Corrections Services for California Correctional Health Care Services ("CCHCS"), and Connie Gipson, former Director of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation, as defendants ("Motion"), which Defendants intend to oppose;

WHEREAS, to the extent the Court grants the Motion, the parties agree a limited reopening of discovery would be necessary as to the claims against the proposed new Defendants, the scope of which is to be determined;

WHEREAS, the parties recognize that adding two new defendants impacts the current case schedule and requires delay of the current judgment motion briefing schedule, and the parties' counsel have been conferring on how to coordinate and streamline the parties' summary judgment motions, to be set forth in a proposed case schedule after the Court rules on the Motion;

WHEREAS, on May 29, 2026, the Probate Division of the El Dorado County Superior Court entered an order appointing Public Administrator Jeff Leikauf as the personal representative of the Estate of Dr. Robert Steven Tharratt ("Estate"), former Statewide Medical Director for CCHCS, who passed away on August 20, 2020;

WHEREAS, the parties agree that Plaintiffs may file an amended complaint naming Leikauf as a defendant in place of current defendant Tina Tharratt named on behalf of the Estate, though Defendants reserve the right to assert any and all defenses available to them as of the execution of this stipulation;

WHEREAS, the parties agree that the above-described proceedings necessitate modification of the case schedule;

WHEREAS, the parties agree that the appropriate case schedule may vary depending on

6239504.v8

whether the Court grants the Motion and, accordingly, may include the opportunity for discovery relating to the claims against any new defendants;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs has filed a declaration in compliance with Civil Local Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that the Court enter the following briefing schedule for the Motion before establishing additional deadlines:

1. The Motion shall be briefed and heard on the following schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' Motion for Leave to Amend | June 26, 2026 |
| Defendants' Opposition | July 17, 2026 |
| Plaintiffs' Reply | July 31, 2026 |
| Hearing | August 14, 2026, at 10am (subject to Court's availability) |

2. Plaintiffs shall file their amended complaint within seven (7) days of the Court's order on the Motion. If the Court grants the Motion, Plaintiffs will amend to substitute Leikauf in place of Tina Tharratt and to name Cullen and Gipson. If the Court denies the Motion, Plaintiffs will amend only to substitute Leikauf in place of Tina Tharratt.

3. All existing deadlines on the current case schedule (ECF No. 102) are vacated. No deadlines shall be in effect other than those set forth in this Stipulation until the parties file a further stipulation establishing a revised case schedule.

4. Within seven (7) days of the Court's order on the Motion, the parties shall file a further stipulation regarding all remaining briefing and case schedule deadlines.

IT IS SO STIPULATED.

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE SCHEDULE
Case No. 3:21-cv-06516-CRB

6239504.v8

Dated:  June 26, 2026                    KEKER, VAN NEST & PETERS LLP

By:    /s/Khari J. Tillery
KHARI J. TILLERY
SARAH SALOMON
KRISTIN HUCEK
TAYLOR REEVES
AMRUTHA DORAI
FLORA D. MORGAN

Attorneys for Plaintiffs Patricia Polanco,
Vincent Polanco, and Selena Polanco

Dated: June 26, 2026

By:    /s/ Joshua Irwin
JOSHUA IRWIN
EDWARD GARCIA, JR.

Attorneys for Defendants

3

6239504.v8

## **CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.


Dated: June 26, 2026                                        */s/ Khari J. Tillery*
                                                            KHARI J. TILLERY

4

6239504.v8

**[~~PROPOSED~~] ORDER AMENDING CASE SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 29, 2026

By:  _____

Hon. Charles R. Breyer

5

6239504.v8