KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical | Case No. 3:21-cv-06516-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CASE SCHEDULE**<br><br>Date Filed: March 14, 2022<br><br>Trial Date: N/A |

Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

**JOINT STIPULATION RE CASE SCHEDULE**

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on August 12, 2026, this Court granted Plaintiffs leave to file an amended complaint naming Vincent Cullen and Connie Gipson as defendants (Dkt. No. 120);

WHEREAS, on August 19, 2026, Plaintiffs intend to file a Third Amended Complaint (in the form previously proposed to the Court, except to be modified as ordered by the Court (Dkt. No. 120) naming Cullen and Gipson as defendants and substituting El Dorado County Public Administrator Jeff Leikauf as the Personal Representative of the Estate of Dr. Robert Steven Tharratt in place of Tina Tharratt;

WHEREAS, pursuant to this Court's June 29, 2026, Order Amending Case Schedule (Dkt. No. 116), the parties must file a stipulation regarding all remaining briefing and case schedule deadlines by August 19, 2026;

WHEREAS, the parties have agreed to reasonable limits for reopened discovery;

WHEREAS, Plaintiffs and Defendants each anticipate filing motions for summary judgment, and propose filing them sequentially to maximize efficiency and to minimize burdens on the parties and the Court, pursuant to the briefing schedule set forth below;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs has filed a declaration in compliance with Civil Local Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that:

1. Fact discovery be reopened until November 6, 2026, limited to (a) one set of fifteen (15) interrogatories propounded by each new Defendant (Cullen and Gipson) directed to each Plaintiff or to Plaintiffs collectively, one set of five (5) document requests that may be propounded by each new Defendant (Cullen and Gipson) to Plaintiffs collectively, and one set of ten (10) requests for admission that may be propounded by each new Defendant (Cullen and Gipson) and directed to each Plaintiff or to Plaintiffs collectively, and (b) new Defendants have the right to notice a total of five (5) depositions, including the depositions of each Plaintiff, with each Plaintiff's deposition not to exceed one (1) hour. Before noticing any deposition other than of a Plaintiff, counsel for

the new Defendants shall first meet and confer with Plaintiffs' counsel to try to reach agreement on any deposition sought by a new Defendant. As part of the meet-and-confer process, the new Defendants shall identify the specific factual basis for each additional deposition (other than those of Plaintiffs). Counsel for the parties shall also meet and confer to determine whether any fact stipulations can be reached between the parties in lieu of depositions.

2. Regarding expert discovery, Plaintiffs agree that Dr. Joseph Lewnard's expert opinions set forth in his March 30, 2026 and April 27, 2026 reports and at his deposition, apply to each new Defendant (Cullen and Gipson) as if they had been named Defendants at those times, and Dr. Lewnard may rely on the new Defendants' depositions. All discovery of any kind must be completed and any discovery motions must be filed on or before November 6, 2026.

3. The parties agree that Defendants' one opening summary judgment brief will be brought on behalf of all nine (9) individual defendants and the public entity defendant CDCR, rather than each of them bringing separate motions, and their joint brief will be no more than forty (40) total pages, 15 more than the usual limit.

4. The parties agree that Plaintiffs' joint opening/opposition summary judgment brief will be no more than fifty (50) total pages.

5. The parties agree that Defendants' joint opposition/reply summary judgement brief will be no more than thirty (30) total pages, and Plaintiffs' reply brief in support of Plaintiffs' summary judgment motion will be limited to no more than fifteen (15) pages.

6. Consistent with the above, the parties agree to request that the Court approve the above summary judgment motions briefing procedure, and the case schedule be ordered as set forth in the table below:

| Event | Deadline |
|---|---|
| Plaintiffs file Third Amended Complaint | August 19, 2026 |
| New Defendants Cullen and Gipson Answer | September 3, 2026 |
| Close of Cullen and Gipson's reopened discovery | November 6, 2026 |
| Defendants' opening summary judgment brief | November 20, 2026 |
| Plaintiffs' opening/opposition summary judgment brief | January 15, 2027 |

| Event | Deadline |
|---|---|
| Defendants' summary judgment opposition/reply brief | February 19, 2027 |
| Plaintiffs' summary judgment reply brief | March 12, 2027 |
| Hearing date on motion(s) for summary judgment | April 2, 2027 |
| Daubert motions | April 30, 2027 |

Dated: August 19, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Amrutha Dorai*

KHARI J. TILLERY
SARAH SALOMON
KRISTIN HUCEK
TAYLOR REEVES
AMRUTHA DORAI
FLORA D. MORGAN

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

Dated: August 19, 2026

By: */s/ Joshua Irwin*

JOSHUA IRWIN
EDWARD GARCIA, JR.

Attorneys for Defendants

**CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: August 19, 2026

*/s/ Amrutha Dorai*
AMRUTHA DORAI

**~~[PROPOSED]~~ ORDER RE CASE SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2026

By: ______________________
Hon. Charles R. Breyer

KEKER, VAN NEST & PETERS LLP
KHARI J. TILLERY - # 215669
ktillery@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
FLORA D. MORGAN - # 359733
fmorgan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiffs Patricia Polanco, Vincent Polanco, and Selena Polanco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GILBERT POLANCO, DECEASED, by and through his Co-Successors in Interest, PATRICIA POLANCO, VINCENT POLANCO, and SELENA POLANCO, as Co-Successors in Interest and individually,

Plaintiffs,

v.

STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; TINA THARRATT, as Personal Representative of the Estate of Robert S. Tharratt, former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON

Case No. 3:21-cv-06516-CRB

**DECLARATION OF AMRUTHA DORAI IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE**

Date Filed: March 14, 2022

Trial Date: N/A

PACHYNSKI, M.D., Chief Medical Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; and DOES 1 through 20, individually, jointly and severally,

Defendants.

I, Amrutha Dorai, declare as follows:

1. I am an attorney at the law firm of Keker, Van Nest and Peters and represent Plaintiffs in the above captioned action. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On August 12, 2026, this Court granted Plaintiffs leave to file an amended complaint naming Vincent Cullen and Connie Gipson as defendants (Dkt. No. 120). On August 19, 2026, Plaintiffs intend to file a Third Amended Complaint (in the form previously proposed to the Court, except to be modified as ordered by the Court (Dkt. No. 120) naming Cullen and Gipson as defendants and substituting El Dorado County Public Administrator Jeff Leikauf as the Personal Representative of the Estate of Dr. Robert Steven Tharratt in place of Tina Tharratt. Pursuant to this Court's June 29, 2026, Order Amending Case Schedule (Dkt. No. 116), the parties must file a stipulation regarding all remaining briefing and case schedule deadlines by August 19, 2026.

3. The parties have agreed to reasonable limits for reopened discovery. Additionally, Plaintiffs and Defendants each anticipate filing motions for summary judgment, and propose filing them sequentially to maximize efficiency and to minimize burdens on the parties and the Court, pursuant to the briefing schedule set forth below. Accordingly, the parties agree and stipulate and respectfully request that:

i) Fact discovery be reopened until November 6, 2026, limited to (a) one set of fifteen (15) interrogatories propounded by each new Defendant (Cullen and Gipson) directed to each Plaintiff or to Plaintiffs collectively, one set of five (5) document requests that may be propounded by each new Defendant (Cullen and Gipson) to Plaintiffs collectively, and one set of ten (10) requests for admission that may be propounded by each new Defendant (Cullen and Gipson) and directed to each Plaintiff or to Plaintiffs collectively, and (b) new Defendants have the right to notice a total of five (5) depositions, including the depositions of each Plaintiff, with each Plaintiff's deposition not to exceed one (1) hour. Before noticing any deposition other than of a Plaintiff, counsel for the new Defendants shall first meet and confer with Plaintiffs' counsel

to try to reach agreement on any deposition sought by a new Defendant. As part of the meet-and-confer process, the new Defendants shall identify the specific factual basis for each additional deposition (other than those of Plaintiffs). Counsel for the parties shall also meet and confer to determine whether any fact stipulations can be reached between the parties in lieu of depositions.

ii) Regarding expert discovery, Plaintiffs agree that Dr. Joseph Lewnard's expert opinions set forth in his March 30, 2026 and April 27, 2026 reports and at his deposition, apply to each new Defendant (Cullen and Gipson) as if they had been named Defendants at those times, and Dr. Lewnard may rely on the new Defendants' depositions. All discovery of any kind must be completed and any discovery motions must be filed on or before November 6, 2026.

iii) The parties agree that Defendants' one opening summary judgment brief will be brought on behalf of all nine (9) individual defendants and the public entity defendant CDCR, rather than each of them bringing separate motions, and their joint brief will be no more than forty (40) total pages, 15 more than the usual limit.

iv) The parties agree that Plaintiffs' joint opening/opposition summary judgment brief will be no more than fifty (50) total pages.

v) The parties agree that Defendants' joint opposition/reply summary judgement brief will be no more than thirty (30) total pages, and Plaintiffs' reply brief in support of Plaintiffs' summary judgment motion will be limited to no more than fifteen (15) pages.

vi) Consistent with the above, the parties agree to request that the Court approve the above summary judgment motions briefing procedure, and the case schedule be ordered as set forth in the table below:

| Event | Deadline |
|---|---|
| Plaintiffs file Third Amended Complaint | August 19, 2026 |
| New Defendants Cullen and Gipson Answer | September 3, 2026 |
| Close of Cullen and Gipson's reopened discovery | November 6, 2026 |
| Defendants' opening summary judgment brief | November 20, 2026 |
| Plaintiffs' opening/opposition summary judgment brief | January 15, 2027 |
| Defendants' summary judgment opposition/reply brief | February 19, 2027 |

| Event | Deadline |
|---|---|
| Plaintiffs' summary judgment reply brief | March 12, 2027 |
| Hearing date on motion(s) for summary judgment | April 2, 2027 |
| Daubert motions | April 30, 2027 |

4. The following time modifications have previously occurred in this case:

i) The Court previously modified the time to respond to the Complaint in this action as set forth in Dkt. No. 15.

ii) On November 7, 2025, the Court modified the case schedule entered on January 6, 2025 (*see* ECF No. 74) to allow for the completion of discovery and depositions as well as coordination with *In re CIM*. Dkt. No. 95.

iii) On February 2, 2026, the Court modified the case schedule entered on November 7, 2025, again to allow for the completion of discovery and depositions as well as coordination with *In re CIM*. Dkt. No. 98.

iv) On March 12, 2026, the Court modified the case schedule entered on February 2, 2026, to extend the expert disclosure deadline and allow for coordination with *In re CIM*. Dkt. No. 102.

v) On March 30, 2026, the Court, at the request of the parties, ordered a briefing schedule for Defendant Tina Tharratt's Motion to Dismiss. Dkt. No. 110.

vi) On June 29, 2026, the Court, at the request of the parties, entered an Order Amending Case Schedule to accommodate for impacts on the case schedule in light of Plaintiffs' motion for leave to amend the complaint. Dkt. No. 116.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. Executed on August 19, 2026, in Berkeley, California.

By: */s/ Amrutha Dorai*
AMRUTHA DORAI